# Court of Appeals
# of the State of Georgia

ATLANTA, _August 29, 2023_

*The Court of Appeals hereby passes the following order:*

**A24D0031. TASHA HUSSEY v. GERALD JAMES NUNN et al.**

Tasha Hussey sued Gerald James Nunn and James Lynne Professional Surveying, Inc., for breach of contract and violations of the Georgia Fair Business Practices Act. The trial court entered a default judgment against the defendants, but awarded no damages. Hussey timely filed both this application for discretionary appeal and a direct appeal from that ruling. The direct appeal has been docketed as Case No. A24A0155.

No application is required to appeal a "zero" award, so the order here is directly appealable. See *McCormick v. Harris*, 253 Ga. App. 417, 417 (1) (559 SE2d 158) (2002). Ordinarily, we will grant a timely discretionary application if the lower court's ruling is subject to direct appeal. See OCGA § 5-6-35 (j). However, in light of Hussey's direct appeal of the trial court's order, this application is superfluous. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, _08/29/2023_
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.